# MEMORANDUM

**DATE:** September 1, 2005

**TO:** Deputy Clerk
Miscellaneous Business Docket

**FROM:** Tricia L. Desingco
Financial Litigation Unit
U.S. Attorney's Office

**RE:** <u>U.S. v. KHAI T. BUI</u>

    Attached is a certified copy of the above Judgment that was entered in Hampden County Superior Court.

    Please register the Judgment in this district; issue an MBD Number; annotate the MBD number on the bottom of this form; and return this form to my attention. The judgment debtor presently resides at 281 Netwon Road, Springfield, MA 01118.

    Please note that pursuant to 28 U.S.C. § 1963, the United States no longer has to file a CIV 101 with its request to register a judgment; we just need to file a certified and attested copy of the judgment.

    If you have any questions, please contact me at (617) 748-3308. Thank you for your attention to this matter.

Attachment

**MBD No.** _05-mc-10325_

**Dated:** _9/2/05_

Commonwealth of Massachusetts
County of Hampden
The Superior Court

CIVIL DOCKET# **HDCV2002-00665**

Sallie Mae Servicing L P
vs.
Bui

HAMPDEN COUNTY
SUPERIOR COURT
FILED
JAN 24 2003
CLERK-MAGISTRATE

## JUDGMENT BY DEFAULT UPON ASSESSMENT OF DAMAGES PURSUANT TO MASS. R.CIV. P. 55(B)2

This action came on to be heard before the Court, Mary Lou Rup, Justice, presiding, upon the marking of plaintiff(s), Sallie Mae Servicing L P, in the above entitled action, for a default Judgment by the Court, pursuant to Mass.R.Civ.P 55(b)2 and it appearing to the court that the complaint in said action was filed on 06/24/2002 and that the summons and complaint were duly served on the defendant(s), and that no answer or other defense has been filed by the said defendant, and that default was entered on ~ in the office of the clerk of this court, and that no proceedings have been taken by said defendant since said default was entered,

It is **ORDERED and ADJUDGED**:

That the Plaintiff (s), Sallie Mae Servicing L P recover of the Defendant (s), Khai T Bui the sum of **$51,825.76** plus interest and their costs of action.

Dated at Springfield, Massachusetts this 23rd day of January, 2003.

Marie G. Mazza,
Clerk of the Courts

By: William T. Eason
Assistant Clerk

copies mailed 01/23/2003

A true copy.
Attest:

Karen Spindler
Deputy Assistant Clerk

RECEIVED
JUN 1 2004

cvdjud55b2_1.wpd 375429 inidoc01 easonwil

7

**SallieMaeServicing**

PO BOX 6228
INDIANAPOLIS IN 46206                                              (800) 251-4127

---

CLERK OF SUP E RIOR COURT
HAMPDEN SUP CT
50 STATE STREET
SPRINGFIELD          MA   01102


Dear CLERK OF SUP E RIOR COURT,                              06/08/04

## ASSIGNMENT OF JUDGMENT

I, DIANE E KLINGES, representing the Student Loan
Marketing Association/Loan Servicing Center/Pennsylvania (Sallie Mae) of
220 Lasley Avenue, City of Wilkes-Barre, County of Luzerne, State of
Pennsylvania, in consideration of the sum of $56,127.30, receipt of
which is acknowledged, paid to me by the United States of America, the
assignee, hereby assign the judgment, recovered by Sallie Mae
on 01/23/03, docketed in HAMPDEN, Case No. HDCV2002-00665,
against  KHAI T BUI,  for $56,127.30 (amount of
judgment, indicating treatment of interest, court costs, and attorney's
fees, if appropriate).

Assign or authorizes the United States of America to ask, demand, and
receive, and to sue out executions and take all lawful ways for recovery
of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the
United States of America from enforcing this judgment.

The Servicing Center/Pennsylvania address is:  P.O. Box 9400,
Wilkes-Barre, PA 18733-9400.  Phone:  (570) 821-3600.

The DHHS address is: Department of Health and Human Services, Debt
Management Branch, 5600 Fishers Lane, Room 2-B-60, Rockville, MD  20857,
(301) 443-1782.

I have executed this assignment at Loan Servicing Center/Pennsylvania
the  8TH of JUNE, 2004.

_____
                                               (Signature)

Sworn before me this ___9___ day of ___June___, 20_04_.

___Diane E Klinges___    Affiant  _✓_ is known to me personally
                                  ___ provided valid identification
                                  Type of identification provided:

My commission expires  _5/5/07_.  _____
                                        NOTARIAL SEAL
                                  Amanda J. Picketts
                                  Wilkes Barre, County of Luzerne
                                  My Commission Expires 5/5/

---

PHONE (800) 251-4127    •    FAX (800) 848-1949    •    TDD/TTY (888) 833-7562    •    24 HRS/7 DAYS

56185598

L100    LPDEK1    4880