UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>     v.<br><br>KHAI T. BUI<br>            Defendant,<br><br>     *and*<br><br>SOVEREIGN BANK - PROCESSING DEPT.<br>            Garnishee. | )<br>)<br>)<br>)<br>)<br>)  05-10325-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## APPLICATION FOR WRIT OF GARNISHMENT

The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205 to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the Defendant, Khai T. Bui (hereinafter "Bui"), social security number 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, whose last known address is in Springfield, MA in the above cited action in the amount of $72,048.05, plus costs and post-judgment interest at the rate of 3.88 percent per annum and compounded annually. The total balance as of November 7, 2006 is $74,663.69.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from the date of this Application, and debtor has failed to satisfy the debt.

The Garnishee is believed to owe or be in possession of money owed to the judgment debtor. This Writ of Garnishment is intended to compel the Garnishee to pay to the United States all monies held on behalf of defendant.

The name and address of the Garnishee or his authorized agent is:

> SOVEREIGN PROCESSING DEPT.
> Dorchester, MA

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Garnishment.

> Respectfully submitted,
>
> UNITED STATES OF AMERICA
> By its attorneys
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By:
>
> /s/ Christopher R. Donato
> CHRISTOPHER R. DONATO
> Assistant U.S. Attorney
> 1 Courthouse Way, Suite 9200
> Boston, MA  02210

DATED: November 7, 2006

IT IS, on this _____ day of _____, 200__

ALLOWED, that the Clerk of the Court shall issue the Writ of Garnishment.

_____
UNITED STATES DISTRICT COURT