UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff, | )<br>)<br>) |
| v. | )<br>)   05-10325-RCL |
| KHAI T. BUI<br>        Defendant, | )<br>)<br>) |
| and | )<br>) |
| SOVEREIGN BANK - PROCESSING DEPT. | )<br>) |

NOTICE OF GARNISHMENT AND INSTRUCTIONS

TO:   KHAI T. BUI

YOU ARE HEREBY NOTIFIED that a Garnishment was issued based upon a judgment entered against you on September 2, 2005, and the Garnishment was served on the Garnishee, Sovereign Processing Dept., and it is believed that the Garnishee may have property of yours in their custody, possession or control.

YOU ARE FURTHER NOTIFIED that, unless within twenty (20) days from the date of receipt of the Answer of the Garnishee, you file a written objection to explain why you think these funds are exempt from execution under state or federal law and request a hearing, a Court Order will be entered attaching the funds or property to be applied against the judgment owed the United States of America.

Any objection that you file to contest the garnishment must be filed in the office of the Clerk of the United States District Court, One Courthouse Way, Suite 2300, Boston, MA 02210. The objection must state your reasons for believing that this property is not subject to attachment by the United States of America. A copy of the objection or other pleadings must also be served

on Christopher R. Donato, Assistant U.S. Attorney, Financial Litigation Unit, One Courthouse Way, Suite 9200, Boston, MA 02210.

YOU MAY WISH TO CONSULT A LAWYER FOR ADVICE AS TO THE MEANING OF THIS NOTICE.

                                      UNITED STATES OF AMERICA
                                      By its attorneys

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

By:

                                      /s/ Christopher R. Donato
                                      CHRISTOPHER R. DONATO
                                      Assistant U.S. Attorney
                                      1 Courthouse Way, Suite 9200
                                      Boston, MA  02210
                                      (617) 748-3303

Dated: November 7, 2006