UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 05-10325-RCL |
| KHAI T. BUI | ) | |
| Defendant, | ) | |
| | ) | |
| *and* | ) | |
| | ) | |
| SOVEREIGN BANK | ) | |
| | ) | |
| Garnishee. | ) | |

CERTIFICATION OF SERVICE OF DOCUMENTS

The Plaintiff, United States of America, certifies that on the date set forth below the Defendant, Khai T. Bui, whose last known address is in Springfield, MA was served by certified mail the following documents:

1. Copy of Application for Writ of Garnishment.

2. Copy of Writ of Garnishment with attached Claim of Exemptions Form.

3. Clerk's Notice of Garnishment.

4. Notice of Garnishment and Instructions.

5. Request for Hearing

The United States of America further certifies that on the date set forth below, the Garnishee, Sovereign Bank - Processing Dept., located in Dorchester, MA was served by certified mail the following documents:

1. Copy of Application For Writ of Garnishment.

2. Writ of Garnishment with attached Claim of Exemptions Form.

3. Answer of the Garnishee and accompanying instructions.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By:   /s/ Christopher R. Donato
      CHRISTOPHER R. DONATO
      Assistant U.S. Attorney
      1 Courthouse Way, Suite 9200
      Boston, MA  02210
      (617) 748-3303

Date: December 1, 2006