

TRUSTEE'S ANSWER           FILED          EFFECTS
CLERKS OFFICE

2007 JAN -9 P 1: 48

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No: 05-10325-RCL

United States of America

vs

Khai T. Bui

ANSWER OF ALLEGED GARNISHEE

And now Sovereign Bank, summoned as garnishee of the principal defendant **Khai T. Bui** in the above-entitled action, and appears by Laurie DiGiandomenico, Team Leader, and makes answer that it had in its hand subject to attachment the sum of **Two Thousand Twenty-Two Dollars and Eighteen Cents ($2,022.18)** standing in the name of **Khai T. Bui or Bao Chau T Van.** Of this, the said Laurie DiGiandomenico submits herself to examination upon her oath.

The foregoing answer is made and subscribed to under the penalties of perjury.

                                             Sovereign Bank

                                             By: _____
                                             **Laurie DiGiandomenico**
                                             Team Leader

January 4, 2007                           Mail Stop MA1 MB3 02 10
                                             P. O. Box 841005
                                             Boston, MA 02284
                                             Phone (617) 533-1789
                                             Fax (617) 533-1931

# Sovereign Bank

Court Ordered Processing - MA1 MB3 02-10 - PO Box 841005 - Boston, MA 02284

January 4, 2007

U.S. District Court
One Courthouse Way Suite 9200
Boston, MA 02210

RE: Civil Action # 05-10325-RCL

ATTN: Clerk of the Court

RE:    **United States of America**

     vs

    **Khai T. Bui**

**Dear Sir or Madam:**

Enclosed is Garnishee's Answer to the above-named Writ of Garnishment. Please file same.

Very truly yours,

*Laurie DiGiandomenico*
Laurie DiGiandomenico
Team Leader
(617) 533-1110

LD:dml
Enclosure

Cc: **Christopher R. Donato, AUSA**
    1 Courthouse Way Suite 9200
    Boston, MA 02210