UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KHAI T. BUI, | ) | 05-10325- RCL |
|       Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SOVEREIGN BANK, | ) | |
|       Garnishee. | ) | |

## GARNISHMENT ORDER

Pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee, Sovereign Bank, is to disburse Khai T. Bui's account for the sum of $2,022.18, to the Department of Justice, c/o United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210; Re: Khai T. Bui -- USAO # 2005Z00374.

APPROVED:                                                    SO ORDERED:

_____            _____
UNITED STATES DISTRICT JUDGE             DEPUTY CLERK
                                                                         UNITED STATES DISTRICT COURT


DATED: