UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>KHAI T. BUI,<br>    Defendant,<br><br>and<br><br>SOVEREIGN BANK,<br>    Garnishee. | )<br>)<br>)<br>)<br>)<br>)<br>)  05-10325- RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### GARNISHMENT ORDER

Pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee, Sovereign Bank, is to disburse Khai T. Bui's account for the sum of $2,022.18, to the Department of Justice, c/o United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210; Re: Khai T. Bui -- USAO # 2005Z00374.

APPROVED: _____
UNITED STATES DISTRICT JUDGE

DATED: 2/6/07

SO ORDERED:

_____
DEPUTY CLERK
UNITED STATES DISTRICT COURT